GORDON RENEGAR, Respondent, v. HARRY W. BARRY, Appellant.— Judgment and order affirmed, with costs. All concur, except Lewis and Taylor, JJ., who dissent and vote for reversal on the law and the facts and for dismissal of the complaint on the ground that the record discloses no actionable negligence toward

the plaintiff. (The judgment is for plaintiff in an action for personal injuries sustained on a ball diamond at an amusement park. The order denies a motion for a new trial.) Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.